**EXHIBIT A**

EXHIBIT A



# LLC FILE DETAIL REPORT

| Entity Name | RECEIVABLES PERFORMANCE MANAGEMENT, LLC | File Number | 01498207 |
|---|---|---|---|
| Status | ACTIVE | On | 02/21/2012 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 04/28/2005 | Jurisdiction | WA |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 04/28/2005 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Principal Office | 20816 44TH AVE WEST LYNNWOOD, WA 98036 |
| Agent City | CHICAGO | Management Type | MGR   View |
| Agent Zip | 60604 | Duration | 12/31/2052 |
| Annual Report Filing Date | 02/21/2012 | For Year | 2012 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

**Purchase Certificate of Good Standing**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

EXHIBIT B

Print this Listing

10/11/2012  **Illinois Division of Professional Regulation**  7:08:47 PM

### SEARCH FOR LICENSEE BY PROFESSION:
### Collection Agency, Licensed
### THERE ARE 1 RECORDS WHOSE NAME CONTAINS: receivables performance

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| RECEIVABLES PERFORMANCE MANAGEMENT LLC | | 017020929 | ACTIVE | LYNNWOOD, WA | 05/16/2006 | 05/31/2015 | N |

**Page 1**

**EXHIBIT C**

EXHIBIT C

NA R KOSINSKI
Report As Of: 8/19/2012



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

| RECEIVABLES PERFORMANC | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| **Potentially Negative** | Account Name | RECEIVABLES PERFORMANC | RECEIVABLES PERFORMA | RCVL PER MNG |
| | Account # | 3325XXXX | 3325XXXX | 3325XXXX |
| | Account Type | Collection Department / Agency / Attorney | Collection Account | Collection Account |
| 425-984-6246 | Balance | $89.00 | $89.00 | $89.00 |
| | Past Due | $89.00 | | |
| 20816 44TH AVE W | Date Opened | 4/1/2012 | 4/1/2012 | 4/7/2012 |
| LYNNWOOD, WA 98036 | Account Status | Closed | Closed | Open |
| | Mo. Payment | | | |
| | Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | Unpaid | Collection account |
| | High Balance | | | |
| | Limit | | | |
| | Terms | 1 Month | | |
| | Comments | | Unpaid | Placed for collection |

**24/Mo Payment History**

| | 2010 | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | KD |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

**EXHIBIT D**

EXHIBIT D

8/21/12

Equifax
P.O Box 740256
Atlanta, GA 30374-0256

Dear Sir or Madam:

Please reinvestigate the following tradeline:

Account Name: Receivables Performanc
Account #: 3325XXXX
Balance: $89.00

I do not owe this debt, and do not have any idea why or how it has appeared on my credit report.

The debt I owe to T-Mobile, which is now being reported by Receivables Performanc, was paid in full on February 14, 2012 via check in the amount of $94.13.

Thank you

Anna Kosinski
7707 W Lawrence Ave Apt 6
Norridge, IL 60706

7010 2780 0002 4908 6864

**EXHIBIT E**

EXHIBIT E

**EQUIFAX**

P. O. Box 105518
Atlanta, GA 30348

003835

001230937-3835
Anna R Kosinski
7707 W Lawrence Ave Apt 6
Norridge, IL 60706-3358

**CREDIT FILE : September 7, 2012**
**Confirmation # 2241039181**

Dear Anna R Kosinski:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 298-2543 from 9:00am to 5:00pm Monday-Friday in your time zone.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

### Collection Agency Information (This section includes accounts that have been placed for collection with a collection agency.)

>>> **We have researched the collection account. Account # - 33256806 The results are:** This creditor has verified to OUR company that the balance is being reported correctly. If you have additional questions about this item please contact: **Receivables Performance MG; 10413 Beardslee Blvd, Bothell WA 98011-3205**

Receivables Performance MGMT; Collection Reported 09/2012; Assigned 04/2012; Creditor Class - Cable/Cellular; Client - T Mobile USA Prime; Amount - $89 ; Status as of 09/2012 - Unpaid; Date of 1st Delinquency 02/2012; Balance as of 09/2012 - $89 ; Joint Account; Account # - 33256806; Address: 20816 44th Ave W Ste 100 Lynnwood WA 98036-7744 ; (866) 212-7408

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

Page 1 of 2

( Continued On Next Page )

2241039181APPLADM-001230937- 3835 - 6456